IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 1:12-cr-09 |
| | : |
| v. | : Judge Susan J. Dlott |
| | : |
| RONALD MUSKOPF, | : **ORDER** |
| Defendant. | : |

This matter is before the Court on Defendant Ronald Muskopf's Petition for Termination of Registration Requirements in which he requests that the Court terminate his sex offender registration requirements. (Doc. 46.) The Government has responded in opposition and argues the Motion is premature. (Doc. 48.) For the reasons that follow, Muskopf's Motion will be **DENIED** without prejudice to later refiling.

On May 15, 2012, Muskopf and the Government entered into a Rule 11(c)(1)(C) Plea Agreement in which Muskopf agreed to plead guilty to Count 3 of the Indictment, Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4). (Doc. 20.) On August 29, 2012, Muskopf was sentenced to a 41-month term of imprisonment followed by 15 years of supervised release. (Docs. 30, 31.) Defendant was released from federal custody on January 31, 2014. Federal Bureau of Prisons, *Find an Inmate*, https://www.bop.gov/inmateloc/ (last accessed May 11, 2023). On December 10, 2020, the Court granted Defendant's unopposed Motion for Early Termination of Supervised Release. (Doc. 45.)

As the Government asserts, Defendant is classified as a tier 1 sex offender under 34 U.S.C. § 20915 and is required to register as a sex offender for fifteen years. 34 U.S.C. § 20915(a)(1). A tier 1 sex offender is only eligible for a reduction of the sex offender registration

period after ten years of keeping a "clean record." 34 U.S.C. § 20915(b)(1)–(3). Muskopf is not yet eligible for consideration of a reduction of his sex offender registration period under 34 U.S.C. § 20915(b) based on a clean record until ten years following his release from federal custody, which is estimated to be January 31, 2024 at the earliest. As such, his Motion (Doc. 46) is **DENIED** without prejudice to later refiling.

    **IT IS SO ORDERED.**

_____
Judge Susan J. Dlott
United States District Court