IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RONALD MUSKOPF,<br><br>    Defendant. | Case No. 1:12-cr-09<br><br>Judge Susan J. Dlott<br><br>**ORDER** |

This matter is before the Court on Defendant Ronald Muskopf's Petition for Termination of Registration Requirements in which he requests that the Court terminate his sex offender registration requirements. (Doc. 51.) On May 11, 2023, the Court denied Muskopf's Petition seeking the same relief on the basis that it was premature until January 31, 2024 at the earliest, which was the Government's position at the time. (Doc. 50.) On March 18, 2024, Muskopf filed his new Petition for Termination of Registration Requirements (Doc. 51), which is currently pending. The Government has not responded. Given the new procedural posture of the issue, the Court **ORDERS** the Government to respond to Muskopf's new Petition for Termination of Registration Requirements (Doc. 51) **within 14 days of entry of this Order.**

    **IT IS SO ORDERED.**

*/s/ Susan J. Dlott*
Judge Susan J. Dlott
United States District Court